UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PAUL HANEY                                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:08cv482-DPJ-JCS

CONTINENTAL CASUALTY COMPANY, ET AL.                          DEFENDANTS

## FINAL JUDGMENT

For the reasons given in the Order granting Defendant's motion for summary judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendant and against Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 15th day of January, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE